DocuSign Envelope ID: F57BC955-5F47-474C-A2A2-57FC89DE26FE

The Honorable Judge David. W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA COLE-TINDALL, in her official capacity as the King County Sheriff; and KING COUNTY, a home rule charter county,<br><br>                                Plaintiff,<br><br>    vs.<br><br>CITY OF BURIEN, a municipal corporation,<br><br>                                Defendant. | No. 2:24-cv-00325-DWC<br><br>DECLARATION OF SERVICE |

I, Theodore Boe, declare that:

I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

I am the Chief of the Burien Police Department (BPD), holding the rank of Major at the King County Sheriff's Office (KCSO).

I certify under penalty of perjury under the laws of the United States of America and the State of Washington that at 3:16 p.m. on the 14th day of March 2024, I delivered by hand delivery a copy of the following documents filed in this matter to Heather Dumlao, City Clerk for the City of Burien, authorized person to accept service for Defendant at 400 SW 152nd Street, Burien, WA 98166:

DECLARATION OF SERVICE - 1
[No. 2:24-cv-00325-DWC]

**Leesa Manio**n (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

DocuSign Envelope ID: F57BC955-5F47-474C-A2A2-57FC89DE26FE

- Summons (Dkt 6) and Complaint (Dkt 1)
- Civil Cover Sheet (Dkt 2)
- Motion for Preliminary Injunction and Proposed Order (Dkt 7)
- Declaration of Boe (Dkt 8)
- Declaration of Eisinger (Dkt 9)
- Declaration of Cole-Tindall (Dkt 10)
- Declaration of Summers (Dkt 11)

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Signed this 14th day of March, 2024 at Burien, Washington.

DocuSigned by:
*Theodore Boe*
ADD50102AEB149D...
THEODORE BOE

DECLARATION OF SERVICE - 2
[No. 2:24-cv-00325-DWC]

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191

RECEIVED
MAR 1 4 2024
CITY OF BURIEN
CITY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA COLE-TINDALL, in her official capacity as the King County Sheriff; and KING COUNTY, a home rule charter county, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BURIEN, a municipal corporation, <br><br> Defendant. | No. 2:24-cv-325 <br><br> COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

Plaintiffs, Sheriff Patricia Cole-Tindall ("Sheriff") and King County, hereby allege the following:

I. **INTRODUCTION**

1. Like judges and other government officials, King County Sheriff Patricia Cole-Tindall and her Deputies are sworn to uphold the U.S. Constitution. The solemn oath taken by these law enforcement officers reflects a foundational principle that we are governed by the rule of law, not the whims of humans who issue directives contrary to the Constitution.

COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF - 1
[No: 2:24-cv-325]

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / Fax (206) 296-0191