# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA COLE-TINDALL, in her official capacity as the King County Sheriff; and KING COUNTY, a home rule charter county,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BURIEN, a municipal corporation,<br><br>　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO:  2:24-cv-00325-RAJ |

____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　Judgment is entered in favor of Defendant City of Burien, against Plaintiffs Patricia Cole-Tindall and King County.


　DATED this 25th day of September, 2024.

　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　By:  _/s/ Victoria Ericksen_
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk